IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL JOHNSON, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 16-5521 |
| POLICE OFFICER BURGESS, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 22nd day of August, 2018, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 26), Plaintiff's Response (Doc. No. 27), Defendants' Reply (Doc. No. 28), and Plaintiff's Sur-reply (Doc. No. 29), it is hereby **ORDERED** that the Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Defendant Officers George Burgess and Anthony Parrotti and against Plaintiff.

It is **FURTHER ORDERED** that Defendants' Motion for Sanctions for Failure to Respond to Discovery Requests (Doc. No. 25) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**